IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAILPOWER HYBRID
TECHNOLOGIES CORP.,

     Plaintiff,    No. CIV S-07-0962 GGH

  vs.

MODOC RAILROAD ACADEMY,

     Defendants.    ORDER REQUIRING STATUS REPORT
_____/

     The parties have consented to the jurisdiction, pursuant to 28 U.S.C. §636(c)(2), of a United States Magistrate Judge, and the District Judge has referred the matter to the undersigned. The undersigned has accepted the reference. A status conference will not be set at the present time; however, a status report will be required.

     Accordingly, IT IS HEREBY ORDERED that the parties are directed to file, on or before July 16, 2007, a joint status report which complies with E.D. Cal. L.R. 16-240.

DATED: 6/20/07    /s/ Gregory G. Hollows

                                                                              GREGORY G. HOLLOWS
                                                                              U.S. MAGISTRATE JUDGE

GGH/076 - Railpower0962.sts.wpd