IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAILPOWER HYBRID
TECHNOLOGIES CORP.,

      Plaintiff,                   No. CIV S-07-0962 GGH

  vs.

MODOC RAILROAD ACADEMY,

      Defendants.            <u>ORDER</u>

_____/

        On July 16, 2007, the parties filed a status report which requested that a scheduling order not be issued until sixty days had passed because the parties were attempting to resolve the case. It has now been more than sixty days, and the parties have not informed the court whether the case has settled.

        Accordingly, IT IS HEREBY ORDERED if the parties do not notify the court within ten days of this order that the case has settled, a scheduling order will issue.

DATED: 10/11/07                           /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U.S. MAGISTRATE JUDGE

GGH/076 - Railpower0962.ord.wpd