IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAILPOWER HYBRID
TECHNOLOGIES CORP.,

       Plaintiff,                   No. CIV S-07-0962 GGH

    vs.

MODOC RAILROAD ACADEMY,

       Defendants.              <u>ORDER</u>

_____/

        On October 11, 2007, this court directed the parties to notify the court whether the case had settled so that a scheduling order could issue if it had not.  Plaintiff has now filed a response, requesting that the court refrain from issuing a scheduling order for 180 days, in anticipation that the case will settle in that time.

        Accordingly, IT IS HEREBY ORDERED that the parties file a statement within 180 days of this order indicating whether the case has settled.  If the case has not settled by that time, a scheduling order will issue.

DATED: 11/8/07                                  /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    U.S. MAGISTRATE JUDGE

GGH/076 - Railpower0962.eot.wpd

1